AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BENITO ANGELES-ACUNA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR 1052-BTM

FILED APR - 3 2008

I, <u>BENITO ANGELES-ACUNA</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER